Brian Antonio Lucas

    VS    United States/

Butner FCC

Administrative Tort Claim #
TRT-MXR-2023-01755
Certified mail # 7019 1640 0000
8326 3054

To whom it may concern:

This document is in response to the medical malpractice tort that was filed on Nov 3, 2022 and was recieved at the Mid Atlantic Regional office on Nov 7, 2022 via certified mail. I recieved a notice from Butner Legal Center ~~_____~~ ~~_____~~ stating the denial of my claim and that I may file the suit with the United States District court. Currently, I am serving revocation violation at Edgefield Federal Prison Camp since September 2023 when I self surrendered and did not recieve my denial letter at my home address until December 2023, which advise me to write the U.S. District court. In 2022, I was an inmate at Butner Federal prison camp working as a forklift driver for the Unicor or Prison Industries. On May 31, 2022 I suffered a broken wrist from a fall I had and I went to seek medical attention.

The nurse on duty was Mrs. Neil who advised me that my wrist was only sprang and she wrapped it with an ace bandage. I asked about an xray and the pain she gave me tylenol 325 mg and said that I had to return to work or be at risk for disciplinary action. So I worked in the Unicor driving forklift machinery, handling heavy boxes, etc for two and a half weeks before the medical staff got me to the FMC which is already on the prison complex. So I break my wrist in may 2022 but donnot get a splint until July 2022.

In August 2022 I was doing a disciplinary time on the SHU at Butner Medium II when a tumor the size of a tennis ball rose up on my back. Around August 20, 2022 I began putting sick calls in the door jam because we are locked in a room 24 hrs a day. The compound was always short handed with staff and officers were not doing their SHU rands or wellness checks but once an hour. To add more to this problem was the kitchen ceiling fell in at the medium II and food was provided from other prisons on the complex and does not arrive with lunch until 4 pm most days. This just added to the chaos of inmates needing help from staff because we cannot provide for ourselves. The conditions of the SHU was inhumane and every time the Regional office comes to visit they just paint over the black mole that inmates are breathing in through the ventilation system.

Case 5:24-ct-03184-D-RJ   Document 1   Filed 07/29/24   Page 2 of 7

Finaly, warden kelly usually comes through once every Wednsday to do wellness check or rounds in the SHU.

At this point I had to show the warden this tumor on my back, so she looks at it through the glass on the door, has a nurse write my name down but no one never comes. Around september the 9th a month later I write a BP-8 complaint against medical because I had shown four different officials and one of the male nurses said he wasn't my provider but made a note in my medical file around August 26-29 and the only reason I was able to see him was we were outside for 1 hour of recreation and he did a walk through. So, finally after filing the BP-8 medical comes to see me for the first time and schedule an xray for sept 16 or 18th on a Friday in 2022.

The doctor says she cannot tell what it is but that it looked like fatty-tissue, I even told her I said this looks like a tumor she said I would be in pain especially if it grew bigger in the area of a nerve. My shoulder and was suffering from pain and shocks from sudden movements or blood vessels in its path in which I have enlarged veins due to poor circulation or blood flow, I'm asking for pain meds while I'm in the SHU to no eavail, officer respond times were slow if not ignored deliberately. A few weeks have past nearing the end of September I got threatened by L.J. Lipscomb who told me that my bottom bunk pass was expired and that I need to move on the top bunk.

Bop medical policy states that if you are 300 lbs or more you automatically qualify for a bottom bunk pass. So I explained to the L.T. that Im recovering from a broken wrist and I have medical issues, and he says to me "none of that doesn't matter because we dont have no where else to put Mr. Larry Hall so I can either move up top or risk losing my release date due to a disciplinary shot in which they all knew I was about to leave in 5 months. Mind you Im still in disciplinary with a minimum security status and they just forced a man on me who was a serial killer serving multiply life sentences. Mr Hall was returning from the local Hospital due to blood clot issues. I struggled in pain to climb up a metal bed at 312 lbs with a recovering broken wrist, and was released from the SHU in Oct 2022. I immediately let staff know what was going on and Dr. Ndija said that they would try to get me in for surgery some time before I leave on May 11, 2023. At this point no blood test or test for tumors had been given to me and I had been walking around with the tumor for 9 months, Butner medical staff finally test me for tumors in April 2023 a week before my scheduled surgery on May 2, 2023 at Granville Hospital located in Oxford, NC. On May 2, 2023 I am escorted by transportation officers for surgical removal of a Lipoma tumor. I was put to sleep and when I woke up they had not allowed me to see the tumor or what was removed from my body surgery then sent it off to the lab.

Case 5:24-ct-03184-D-RJ   Document 1   Filed 07/29/24   Page 4 of 7

After my release on June 9 2023 I was still in recovery from my surgery and this made working my job difficult but I had to keep working because I had no place to go I was homeless and my only parent that I had left, my dad passed Jan, 2023 so I had no family support and none of the programs the BOP provided did not help me find work so I had to work at the plant through shoulder pain and joint arthritis. In September 2023 my supervision was revocated and I am currently in the BOP at this time. I would like to ask the court for assignment of legal counsel to address my Eighth amendment violations to protect a prisoners right to humane conditions of confinement including adequate food, clothing, shelter, medical care, etc. (Thompson v Longerich 798 F. App'x 204 (10th cir 2019) ). I was not provided the medical care that I needed and suffered pain and mental anguish, having to climb that bed with arthritis already in both my knees and lumbar back pain, the BOP were aware of my medical history and my pain treatment from my pain doctor at home, but all I was given was tylenol for my pain, suffered opiod withdrawals from my pain meds during my whole 45 month sentence. The court has jurisdiction over subject matters under FTCA medical malpractice Arcandi claims. This is an ongoing thing throughout the BOP but most inmates are scared in fear of retaliation from facility staff.

Clearly Butner Complex is a medical facility and treatment is based on location, if your at the camp medical is hardly there at all and when they are present their treatment of inmates are subjective based off their own belief that nothings that serus with you because, you think I dont need to go to a hospital or being wrongfully accused of being under the influence of something illegally consumed medical staff may not respond as fast. Being a high health risk since covid 19, overweight, and pre diabetic with asthma being locked on a range where I am to rely on officials who are already short staff was an experence that I lived first hand, when your calling calling for help and no one answers for an hour. This response would have been received sooner but due to my current situation my mail was re routed from my home address once I got to Edgefield camp in Jan, 2024 and due to the constant moving from facility to facility during the pre trial stage I did not receive my notice until Feb, 2024. I would appreciate if the courts would consider my claim and I am also willing to settle for a reasonable amount for the anguish being a person already diagnosed with PTSD and anxiety disorder these things triggered with the pain I was in caused alot of mental issues, I felt less of a human as a inmate I could get treated as if nothing is wrong or over looked at any time and my time line and record reflects everything I have said.

As explained earlier, during my revocation process I was not able to change my address with the Mid-Atlantic Regional office and did not receive any documentation in regards to my claim until 2024. I would ask the courts to consider the damage I have suffered from this situation and I am also willing to settle if an agreement can be made because this problem affected me when I was hired for my new job in 2023 I suffered pain and soreness in my shoulder and wrist being fresh out of surgery on May 2, 2023 and being that I had no money and no home I had to go straight in to the halfway house and find a job. Please excuse my writing, I look forward to hearing back from ~~the~~ ~~~~ ~~~~ courts to get this process started.

Brian Evans
Authorized Representative