Rev. 5/2024 Prisoner Complaint

FILED

AUG 20 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____
_____DEP CLK

# United States District Court
### Eastern District of North Carolina
### Western Division

Case No. 5:24-CT-3184-D

(To be filled out by Clerk's Office only)

Brian Antonio Evans
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

Inmate Number 67315-056

-against-

United States of America
_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

# COMPLAINT
### (*Pro Se* Prisoner)

Jury Demand?
☑ Yes
☐ No

## NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Page 1 of 10

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐  42 U.S.C. § 1983 (state, county, or municipal defendants)

☐  Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

☒  Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.  PLAINTIFF INFORMATION

Brian Antonio Evans
Name

67315 - 056
Prisoner ID #

Edgefield FCI camp
Place of Detention

P-O. Box 725
Institutional Address

Edgefield                S. C.                29824
City                State                Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee   ☐  State   ☒ Federal
☐  Civilly committed detainee
☐  Immigration detainee
☐  Convicted and sentenced state prisoner
☒  Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1:    United States of America / Butner FCI
Name

n/a
Current Job Title

n/a
Current Work Address

Butner                          NC.
City                            State               Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 2:    _____
Name

_____
Current Job Title

_____
Current Work Address

_____
City                            State               Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## Defendant(s) Continued

Defendant 3: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

Defendant 4: _____

Name

_____

Current Job Title

_____

Current Work Address

_____

City                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☐ Both

## V.  STATEMENT OF CLAIM

Place(s) of occurrence: Butner FCI

Date(s) of occurrence: May 31, 2022 — May 2, 2023

State which of your federal constitutional or federal statutory rights have been violated:

North Carolina

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: Medical Malpractice / cruel and unusual punishment (8th Amendment)

Who did what to you?

On May 31, 2022 I reported to medical at Butner camp due to a hard fall over rocks on the ground on the compound. At the time I'm 325 lbs in weight and the fall was heavy, I went to medical and spoke to the nurse Mrs. Neal who informed me that my wrist was only sprained and that I will still have to report back to work or get disciplinary action taken against me. I asked when would I get an x ray and I was told that they would have to get me put on the list to go to the (FMC) which is only a two minute drive from the Camp. The next day I put on a sick call complaining about the pain and the same nurse Mrs. Neal gave me a bottle of tylenol 325 mg and sent me to work in the Unicor Warehouse where I was on fork lift operator and warehouse stocker which means I do inventory, stacking the boxes with the US military fabrics, carpets, and accessories in which I manually had to pick those up

I explained it to my supervisor Mr. J. Herman and he told me if I feel the need to leave work early as long as there were not any trucks that needed unloading. After about two and a half weeks near the month of July, 2022 I finally get to the FMC after a month of struggling in pain to try to do my personal hygiene and be able to sleep without being in pain because the Ace wrap bandage was not helping. A week goes by and I was at work when Councelor Richardson and nurse Purdie came to get me from work asking me to stop operating the machine and come to medical because my x-ray results showed my wrist was broken all the way through the bone. Later that day I was finally given a Sam splint for my wrist. On Aug 1, 2022 I was placed in segregation for disciplinary and while in the Shu I acquired a 4x6 inch size tumor on my left shoulder around August 20, 2022. I began doing sick calls immediately and got no response, and when I did speak to a nurse while outside for my 1 hr rec he told me it was nothing he could do and that he was not my provider, but he would make a note to let other doctors be aware and that was around August 28, 2022. I told him that I was scared it was a tumor and could be cancerous. Every week the Warden does a round in the SHU for wellness checks with a nurse and I showed Warden Kelly who is the Warden at Butner medium II she had the nurse right write my name down and no one came back until I wrote a Bp-8 which is a complaint against staff on Sept 9, 2022 stating that I have been putting sick calls in for 30 days

**Margin labels:**
- What happened to you?
- When did it happen to you?
- Where did it happen to you?

and was not seen until Sept 16, 2022 for an xray. The doctor diagnosed me with a fatty tissue deposit in which she had to wait for the results to come back from the FMC due to not knowing what the problem was from the xray. I was also told that they were short staff and being that the whole kitchen ceiling had fell in some of the officers were put on food duty in which they had to drive to the FMC. pick up food for over 1,000 inmates and drive it back to the medium II. I wrote Warden Kelly several letters in which I got no response from her about the poor living conditions, black mold in the rooms, and being over-crowded beyond capacity. After this Lt. Lipscomb tells me to move on a top bunk because my bottom bunk pass expired and he needed the bed. BOP medical policy states that if you are 300 lbs or more you are required to have a bottom bunk so now I am forced to use the same wrist that is in recovery from being broken to try and lift up 305 lbs of weight on a top bunk because I was told if I didn't I would receive disciplinary action. Then thats when they brought Mr. Larry Hall in and put him in the room with me. Mind you I am minimum security a camper and was housed with an inmate who has over 40 years to do for murder. During these nights I could not sleep well due to my anxiety and PTSD issues and the fear that I may get attacked due to Mr. Hall's demeanor while in the room with me. I asked Lt. Chase who is 8H1) Lt. to move him because a high security inmate is not supposed to be housed with a minimum security inmate. On Nov. 4, 2022 I am transfered to the medium I and I began placing sick calls to try to get pain meds for my shoulder and then I walked the compound for 7 months until a week before my release ~~test, I did not see a doctor until DEC 2023~~.

I receive surgery at Granville hospital on may 2 ~~may~~ 2023 and I was

What was your injury?

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?     ☑ Yes     ☐ No

If no, explain why not:

I filed multiple grievances in the SHU even wrote the Warden mrs. Kelly and because I wrote her they dismissed my BP 8 and told me being as I wrote the Warden that letter was became my BP 9 and I never got any responses after that from councelors or Warden

Is the grievance process completed?     ☐ Yes     ☑ No

If no, explain why not:

For Medical malpractice this process was not require under FTCA but I still filed anyway and got no response. After being released from the SHU I begin the remedies again and was told by my case manager Ms. Davis at Butner I that why am I writing grievances when I mabout to go home, told me I was making her do extra work and I got no response from those remedies, she kept saying she could not find my papers.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want financial compensation which would help me get off to a good start on my release plan in the next 6 months, and give me the time I need to find more suitable work with the disabilities that I have mentally and physically.

## VIII.   PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?   ☐ Yes   ☒ No

If yes, how many?   _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

## IX. PLAINTIFF'S CERTIFICATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

8-15-2024
Dated

Brian A. G
Plaintiff's Signature

Brian Evans
Printed Name

67315 -056
Prison Identification #

Edgefield FCI
P.O. Box 725          Edgefield          S.C.          29824
Prison Address          City          State          Zip Code